IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2016 MAY 12 AM 10:08
CLERK
SO. DIST. OF GA.

MORNING STAR ASSOCIATES,  
INC.; ROBERT McMAHON;  
CHRISTOPHER HERRMANN;  
and MARGARET HERRMANN,

    Plaintiffs,

    v.                  CV 115-033

UNISHIPPERS GLOBAL  
LOGISTICS, LLC,

    Defendant.

O R D E R

On December 14, 2015, the Eleventh Circuit Court of Appeals remanded the above-captioned case to this Court for the purpose of determining whether the parties were completely diverse when this suit commenced. (Doc. no 44.) Since that time, Plaintiff has submitted evidence of Defendant's citizenship (Doc. no. 54), and both parties have filed briefs indicating that diversity jurisdiction in fact existed. After reviewing these documents, the Court agrees. Specifically, the Court finds that Plaintiffs were citizens of Georgia and South Carolina while Defendant was a citizen of California, Florida, Idaho, North Carolina, Texas, Utah, and Washington. (Doc. nos. 1, 54.) See Rolling Greens MHP, L.P. v. Comcast

Holdings L.L.C., 374 F.3d 1020, 1022 (11th Cir. 2004); Riley v. Merrill Lynch, 292 F.3d 1334, 1338-39 (11th Cir. 2002). Accordingly, the Court directs the Clerk to **RETURN** the record, as supplemented, to the Eleventh Circuit for further proceedings and to **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 12th day of May, 2016.

_____
UNITED STATES DISTRICT JUDGE