IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

MORNING STAR ASSOCIATES,  
INC.; ROBERT McMAHON;  
CHRISTOPHER HERRMANN;  
and MARGARET HERRMANN,

    Plaintiffs,

v.      CV 115-033

UNISHIPPERS GLOBAL  
LOGISTICS, LLC,

    Defendant.

## ORDER

Presently before the Court is the parties' stipulation of dismissal with prejudice. (Doc. No. 60.) The stipulation is signed by all parties remaining in the case. (*Id.*) Upon due consideration, this Court finds that dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1). **IT IS THEREFORE ORDERED** that Plaintiffs' claims against Defendant are **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 5th day of June, 2017.

_____  
UNITED STATES DISTRICT JUDGE